UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MELISA B., | : | Case No. 3:19-cv-159 |
| Plaintiff, | : | |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | (by full consent of the parties) |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

# DECISION AND ENTRY

This case is before the Court upon Plaintiff's Motion for Allowance of Attorney Fees (Doc. No. 16). Plaintiff's Motion seeks an award of attorney fees under 42 U.S.C. § 406(b)(1) in the total amount of $10,244.25. Plaintiff and counsel were advised that, although he cannot consent to a fee under 42 U.S.C. § 406(b)(1), the Acting Commissioner does not object to the reasonableness of the fee requested in the Motion.

In the absence of opposition by the Commissioner, the Motion and supporting Exhibits establish that an award of attorney fees is reasonable and warranted under 42 U.S.C. § 406(b)(1) in the amount the Motion seeks.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion for Allowance of Attorney Fees filed by Plaintiff's attorney (Doc. No. 16) is **GRANTED**;

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to 42 U.S.C. § 406(b)(1) in the amount of $10,244.25;

2

3. The case remains terminated on the docket of this Court.

February 7, 2022	*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge